UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OKLAND DIVISION

IMTX STRATEGIC, LLC,

    Plaintiff,

v.

VERIZON COMMUNICATIONS, INC,

    Defendant.

No. 4:15-cv-00598-JSW

**[PROPOSED]**
**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

    Stamatios Stamoulis and Richard C. Weinblatt of Stamoulis & Weinblatt LLC move to withdraw as counsel in the above-captioned action. Mr. Stamoulis and Mr. Weinblatt served as local counsel to Plaintiff while the matter was pending before the United States District Court for the District of Delaware, prior to its transfer to this Court. Plaintiff remains represented in this litigation by counsel from Heninger Garrison Davis, LLC, located within this district. Withdrawals by Mr. Stamoulis and Mr. Weinblatt would not prejudice any party or delay the proceedings. Therefore, finding good cause, the Court GRANTS Mr. Stamoulis and Mr. Weinblatt's motion to withdraw as counsel to Plaintiff, iMTX Strategic, LLC.

**IT IS SO ORDERED.**

Dated March 4, 2015

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED ORDRE GRANTING
MOTION TO WITHDDRAW
Case No.: 4:15-cv-00598-JSW

1 | P a g e