ROBERT P. WATKINS III (SBN: 298571)
rwatkins@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone:    (650) 453-5170
Facsimile:     (650) 453-5171

J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
W. Joss Nichols (SBN: 244524)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Attorney for Defendant
VERIZON COMMUNICATIONS INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| iMTX STRATEGIC, LLC, | Case No. 15-cv-00598-JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR NON-LEAD COUNSEL TO REPRESENT VERIZON IN PERSON AT THE CASE MANAGEMENT CONFERENCE AND FOR LEAD COUNSEL TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE |
| v. | |
| VERIZON COMMUNICATIONS INC., | |
| Defendants. | |
| | AS MODIFIED HEREIN |

1 **[PROPOSED] ORDER**

Defendant Verizon filed a motion for administrative relief seeking leave to have non-lead counsel to participate in the Case Management Conference, and for Lead Counsel to participate in the Case Management Conference by Telephone. Having considered Verizon's Administrative Motion:

Verizon's Administrative Motion is hereby GRANTED.
Lead counsel for Verizon shall file a notice, by no later than June 5, 2015, setting forth a direct land line at which he may be reached.

IT IS SO ORDERED

Dated: May 29, _____, 2015

_____
Honorable Jeffrey S. White
United States District Judge

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR NON-LEAD COUNSEL TO REPRESENT VERIZON IN PERSON AT CASE MANAGEMENT CONFERENCE AND FOR LEAD COUNSEL TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY TELEPHONE – CASE NO. 15-CV-00598