**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMTX STRATEGIC LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERIZON SERVICES CORP. and VERIZON ONLINE LLC,<br><br>　　　　Defendants.<br>_____/ | No. C 15-00598 JSW<br><br>**ORDER STAYING LITIGATION** |

　　On July 6, 2015, the Court conditionally granted the Verizon Defendants' joinder in a motion to stay. Defendants have filed a notice stating that they accept the Court's conditions. Accordingly, the Court HEREBY STAYS this litigation pending a ruling in the Covered Business Method patent proceedings.

　　**IT IS SO ORDERED.**

Dated: July 17, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE